JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CASTRO ORDINOLA,<br><br>Petitioner,<br><br>v.<br><br>J. DOERER,<br><br>Respondent. | Case No. 5:22-cv-01518-SVW-JEM<br><br>**JUDGMENT** |

In accordance with the Order Accepting In Part Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that Claim 1 and 3 are dismissed with prejudice.

Dated: May 5, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE